**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1336**

GAYNELL WILSON,

Plaintiff - Appellant,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:22-cv-02884-JRR)

Submitted:  April 29, 2026                     Decided:  June 11, 2026

Before AGEE and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gaynell Wilson, Appellant Pro Se. Alexis Teresa Bosilovic, Alison Nadine Davis, LITTLER MENDELSON PC, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gaynell Wilson appeals the district court's order denying her motion to extend discovery under Fed. R. Civ. P. 56(d) and granting the National Railroad Passenger Corporation's motion for summary judgment on Wilson's Title VII claims for race and gender discrimination and retaliation.  On appeal, Wilson has filed a motion to file a supplemental informal brief; we grant that motion.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Wilson v. Nat'l Railroad Passenger Corp.*, No. 1:22-cv-02884-JRR (D. Md. Mar. 21, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*